892 A.2d 1286

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
KEVIN HUMPHREY, DEFENDANT–PETITIONER.

January 19, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of State v. Natale, 184 N.J. 458, 878 A.2d 724 (2005).

892 A.2d 1286

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
WARDELL BULLARD, DEFENDANT–PETITIONER.

January 26, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of State v. Natale, 184 N.J. 458, 878 A.2d 724 (2005).

892 A.2d 1286

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DIANDRE LITTLEPAGE, DEFENDANT–
PETITIONER.

January 26, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of State v. Natale, 184 N.J. 458, 878 A.2d 724 (2005).